UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

John Doe

_____,  )
      Plaintiff (s),  )
  )
v.  )  Case No. 12-cv-00905SNLJ
  )
Saint Louis University
School of Medicine
_____,  )
      Defendant(s).  )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now ___Plaintiff___ and notifies the court of the intent to use
(Plaintiff or Defendant)

Kevin Burgdorf, KB & Associates
_____
(name and address of process server)

P.O. Box 23035
_____

St. Louis, MO 63156
_____

To serve:  Saint Louis University School of Medicine
_____in the
(name of defendants to be served by this process server)

above-styled cause.  The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

05/22/2012                                         Noel Sevastianos
_____                    _____
(date)                                         (attorney for Plaintiff)

                                      _____
                                      (attorney for Defendant)